IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

vs.  CASE NO.: 1:03cr15-SPM

MICHELLE R. ABRAJANO,

    Defendant.
_____/

### ORDER TERMINATING SUPERVISED RELEASE

In accordance with the Court's oral ruling at the hearing on April 28, 2008, Defendant Michelle R. Abrajano's supervised release is terminated effective April 28, 2008.

SO ORDERED this 6th day of May, 2008.

                *s/ Stephan P. Mickle*
                Stephan P. Mickle
                United States District Judge